UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In Re: Robert Krasnow , Debtor(s)   Case No: 14-10065-KKS
                                    Chapter: 7

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor* [✓]  Debtor, Robert Krasnow , is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[✓] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* [ ]  Joint-debtor, _____ , is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[✓] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/15/2014      Signature of Debtor: /s/ Robert Krasnow

Date: _____    Signature of Joint-Debtor: /s/ _____

By: /s/ Jose I Moreno
*ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*